

| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450



January 23, 2008
Western District Of New York
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202-3328

Re: Transfer to U.S. Magistrate Judge

Case No. Our case # 08-68 M / Your case #07-M-1054

Case Title: USA v. Jose Roman, Jr.

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  NFPV (not for public view) document #8- Financial Affidavit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By M. WARREN
Deputy Clerk 213-894-8288

cc: *U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

RECEIVED
CLERK, USDC WDNY

Date

Clerk, U.S. District Court

By _____
Deputy Clerk

CR-48 (01/01)   **LETTER RE: RULE 40 - TRANSFER OUT**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**

**CRIMINAL DOCKET FOR CASE #: 2:08-mj-00068-DUTY All Defendants**

Case title: USA v. Roman

Date Filed: 01/16/2008
Date Terminated: 01/17/2008

Assigned to: Duty Magistrate Judge

**FILED**

JAN 2 8 2008
CLERK, US DISTRICT COURT, WDNY

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK
1152

**Defendant**

Jose Roman, Jr. (1)
TERMINATED: 01/17/2008

represented by **Myra J Sun**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-2854
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 18:3146

**Disposition**

Defendant Held to Answer to the USDC, Western District of New York at Buffalo.

**Plaintiff**

USA

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jose Roman, Jr, originating in the Western District of New York. Defendant charged in violation of: 18:3146. Signed by agent I. Navarro, USMS, DUSM. (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jose Roman, Jr; defendants Year of Birth: 1980; date of arrest: 1/15/2008 (mw) (Entered: 01/23/2008) |

| | | |
|---|---|---|
| 01/16/2008 | 3 | Defendant Jose Roman, Jr arrested on warrant issued by the USDC Western District of New York at Buffalo. (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Carla Woehrle as to Defendant Jose Roman, Jr Defendant arraigned and states true name is as charged. Attorney: Myra J Sun for Jose Roman, Jr, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Western District of New York. Warrant of Removal and final commitment to issue. Court Smart: CS 1/16/08. (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Jose Roman, Jr (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 6 | ORDER OF DETENTION by Magistrate Judge Carla Woehrle as to Defendant Jose Roman, Jr, (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Carla Woehrle as to Defendant Jose Roman, Jr. (mw) (Entered: 01/23/2008) |
| 01/16/2008 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Jose Roman, Jr. (mw) (Entered: 01/23/2008) |
| 01/17/2008 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Carla Woehrle that Defendant Jose Roman, Jr be removed to the Western District of New York (Attachments: # 1 Letter Re: Rule 5(c)(3)- Transfer Out) (mw) (Entered: 01/24/2008) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 01/24/2008 14:03:57 | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-00068-DUTY |
| Billable Pages: | 1 | Cost: | 0.08 |

I hereby attest and certify on 1/24/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MELONI WARREN
DEPUTY CLERK

FILED

2008 JAN 16 PM 12: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 08-0068M / 07M1054

PLAINTIFF(S)

v.

JOSE ROMAN JR.

DEFENDANT(S).

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __COURT ORDER__
in the __WESTERN__ District of __NEW YORK__ on __1-3-08__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __1-3-08__
in violation of Title __18__ U.S.C., Section(s) __3146__
to wit: __FTA__

A warrant for defendant's arrest was issued by: __JUDGE McCARTHY__

Bond of $ __NONE__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __01/16/08__, by
_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: J. NAVARRO

Agency: USMS

Title: USMS

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

I hereby attest and certify on 1/24/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MELONI WARREN
DEPUTY CLERK

FILED

2008 JAN 16 PM 12: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 08-0068M |
|---|---|
| v. | 07mj1054 |
| JOSE ROMAN JR ✓ | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO:  CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __1/15/08  2:00__ ☐ AM ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __18/ 3146 - FTA__
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☒ Unknown
5. Year of Birth: __1980__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: __DUTY OFCR.__
11. Remarks (if any): _____

12. Date: __1/16/08__   13. Signature: _____
14. Name: __E. NAVARRO__   15. Title: __USMS__

CR-64 (07/05)   REPORT COMMENCING CRIMINAL ACTION

%AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ NEW YORK

UNITED STATES OF AMERICA

V.

JOSE ROMAN, JR.

**WARRANT FOR ARREST**

Case Number: 07-M-1054

08-0068

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSE ROMAN, JR. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK

charging him or her with (brief description of offense)

failing to appear before the Court as required by the conditions of release

☒ in violation of Title __18__ United States Code, Section(s) __3146(a)(1)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

HON. JEREMIAH J. McCARTHY
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

1/3/08   BUFFALO, NY
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jose Roman, Jr. Defendant. | Western Division<br>Case Number: 2:08-MJ-00068 — Out of District Affidavit<br>Initial App. Date: 01/16/2008 — Initial App. Time: 2:00 PM<br>Date Filed: 01/16/2008<br>Violation: 18:3146(a)(1)<br>CourtSmart: CS 1-16-08 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Donna Y. Thomas / C. Anglon-Reed, Deputy Clerk — Jean Claude Andre, Assistant U.S. Attorney — None, Interpreter/Language

- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
- ☑ Attorney: Myra Sun, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  - ☐ Special appearance by: _____
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM _____
- ☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☑ Defendant executed Waiver of Rights. ☐ Process received.
- ☑ Court ORDERS defendant Held to Answer to Western District of New York @ Buffalo forthwith
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☑ Warrant of removal and final commitment to issue.
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ AM / PM
  - Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: _____
- ☐ Other: _____ ☑ PSA

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELODY WARREN
DEPUTY CLERK

Deputy Clerk Initials _____

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEAN-CLAUDE ANDRÉ (Cal. Bar No. 213538)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California  90012
 6       Telephone: (213) 894-0705
         Facsimile: (213) 894-0141
 7       E-mail: jean-claude.andre@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Roman, Jr.,<br><br>Defendant. | Case No. 08-68-MJ<br><br>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK
1152

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d))</u> <u>on the following grounds</u>:

  ____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); <u>or</u>

  ____ b. defendant is an alien not lawfully admitted for permanent residence; <u>and</u>

```
 1              ____ c. defendant may flee; or
 2              ____ d. pose a danger to another or the community.
 3       X   2. Pretrial Detention Requested (§ 3142(e)) because no
 4              condition or combination of conditions will
 5              reasonably assure:
 6         X    a. the appearance of the defendant as required;
 7              ____ b. safety of any other person and the community.
 8       ___ 3. Detention Requested Pending Supervised
 9              Release/Probation Revocation Hearing (Rules
10              32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
11              ____ a. defendant cannot establish by clear and
12                      convincing evidence that he/she will not pose a
13                      danger to any other person or to the community;
14              ____ b. defendant cannot establish by clear and
15                      convincing evidence that he/she will not flee.
16       ___ 4. Presumptions Applicable to Pretrial Detention (18
17              U.S.C. § 3142(e)):
18              ____ a. Title 21 or Maritime Drug Law Enforcement Act
19                      ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
20                      with 10-year or greater maximum penalty
21                      (presumption of danger to community and flight
22                      risk);
23              ____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,
24                      or 2332b(g)(5)(B) with 10-year or greater maximum
25                      penalty (presumption of danger to community and
26                      flight risk);
27              ____ c. offense involving a minor victim under 18 U.S.C.
28
```

|     |     |     |
| --- | --- | --- |
| 1   |     | §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, |
| 2   |     | 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)- |
| 3   |     | 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 |
| 4   |     | (presumption of danger to community and flight |
| 5   |     | risk); |
| 6   | ____ d. | defendant currently charged with an offense |
| 7   |     | described in paragraph 5a - 5e below, AND |
| 8   |     | defendant was previously convicted of an offense |
| 9   |     | described in paragraph 5a - 5e below (whether |
| 10  |     | Federal or State/local), AND that previous |
| 11  |     | offense was committed while defendant was on |
| 12  |     | release pending trial, AND the current offense |
| 13  |     | was committed within five years of conviction or |
| 14  |     | release from prison on the above-described |
| 15  |     | previous conviction (presumption of danger to |
| 16  |     | community). |
| 17  | __X__ 5. | **Government Is Entitled to Detention Hearing** |
| 18  |     | **Under § 3142(f) If the Case Involves:** |
| 19  | ____ a. | a crime of violence (as defined in 18 U.S.C. |
| 20  |     | § 3156(a)(4)) or Federal crime of terrorism (as |
| 21  |     | defined in 18 U.S.C. § 2332b(g)(5)(B)) for which |
| 22  |     | maximum sentence is 10 years' imprisonment or |
| 23  |     | more; |
| 24  | ____ b. | an offense for which maximum sentence is life |
| 25  |     | imprisonment or death; |
| 26  | ____ c. | Title 21 or MDLEA offense for which maximum |
| 27  |     | sentence is 10 years' imprisonment or more; |
| 28  |     |     |

1         \_\_\_ d. any felony if defendant has two or more
2                 convictions for a crime set forth in a-c above or
3                 for an offense under state or local law that
4                 would qualify under a, b, or c if federal
5                 jurisdiction were present, or a combination or
6                 such offenses;
7         \_\_\_ e. any felony not otherwise a crime of violence that
8                 involves a minor victim or the possession or use
9                 of a firearm or destructive device (as defined in
10                18 U.S.C. § 921), or any other dangerous weapon,
11                or involves a failure to register under 18 U.S.C.
12                § 2250;
13         **X** f. serious risk defendant will flee;
14         \_\_\_ g. serious risk defendant will (obstruct or attempt
15                to obstruct justice) or (threaten, injure, or
16                intimidate prospective witness or juror, or
17                attempt to do so).
18     \_\_\_ 6. Government requests continuance of \_\_\_\_ days for
19            detention hearing under § 3142(f) and based upon the
20            following reason(s):
21     _____
22     _____
23     _____
24 ///
25 ///
26 ///
27 ///
28

1  ___  7.  Good cause for continuance in excess of three days
2           exists in that:
3           _____
4           _____
5           _____
6
7  DATED:   __1/16/08__           Respectfully submitted,
8                                 THOMAS P. O'BRIEN
                                  United States Attorney
9
                                  CHRISTINE C. EWELL
10                                Assistant United States Attorney
                                  Chief, Criminal Division
11
                                  /s/
12                                _____
                                  JEAN-CLAUDE ANDRE
13                                Assistant United States Attorney

14                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 08-68M |
| v. ) | |
| ) | ORDER OF DETENTION |
| JOSE ROMAN JR. ) | |
| Defendant. ) | |

I.

A. ( )   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (X)   On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

[X] On the further allegation by the Government of:

1. [X] a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

   a. ( ) obstruct or attempt to obstruct justice.

   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A. [X] The Court finds that no condition or combination of conditions will reasonably assure:

   1. [X] the appearance of defendant as required.

   ( ) and/or

   2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A. (X)   As to flight risk:

Unknown bail resources
Prior failure to comply with court orders to appear

B. ( )   As to danger:

VI

A. ( )   The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (03/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 4

1    B. The Court bases the foregoing finding(s) on the following:

2

3

4

5

6

7

8

9                        VII

10

11    A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12    B. IT IS FURTHER ORDERED that the defendant be committed to the

13       custody of the Attorney General for confinement in a corrections facility

14       separate, to the extent practicable, from persons awaiting or serving

15       sentences or being held in custody pending appeal.

16    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17       opportunity for private consultation with counsel.

18    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19       or on request

20 of any attorney for the Government, the person in charge of the corrections facility

21 in which defendant is confined deliver the defendant to a United States marshal for

22 the purpose of an appearance in connection with a court proceeding.

23

24

25 DATED: 1/16/08

                          CARLA M. WOEHRLE

26                           UNITED STATES MAGISTRATE JUDGE

27

28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | 08-68-M |
| JOSE ROMAN | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
| DEFENDANT | |

FILED CLERK, U.S. DISTRICT COURT JAN 16 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

I understand that charges are pending in the __WESTERN__ District of __NEW YORK__ alleging violation of __18 USC § 3146__
(Title and Section / Probation / Supervised Release)
and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK
1152

☒ have an identity hearing
☐ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_Jose Roman Jr_
Defendant

_[signature]_
Defense Counsel

_Carla M. Woehrle_
United States Magistrate Judge

Date: __1/16/08__

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

I hereby attest and certify on 1/24/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
MELONI WARREN
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| United States of America | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 08-00068M |
| v. | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Jose Roman, Jr. | WESTERN District of NEW YORK |
| DEFENDANT(S). | At BUFFALO (FORTHWITH) |
| | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about January 3, 2008, in the District of Origin, the defendant did:
FAILING TO APPEAR BEFORE THE COURT AS REQUIRED BY THE CONDITONS OF RELEASE

in violation of Title(s) 18, U.S.C., Section(s) 3146(a)(1)

The defendant has now:
☒ duly waived identity hearing before me on 01/16/2008.
☒ duly waived preliminary examination before me on 01/16/2008.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☒ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

January 17, 2008
Date

_____
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
| --- | --- |

M-15 (08/99)   **FINAL COMMITMENT AND WARRANT OF REMOVAL**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

I hereby attest and certify on 1/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**MELONI WARREN**
DEPUTY CLERK



1152

January 23, 2008
Western District Of New York
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202-3328

Re:  Transfer to U.S. Magistrate Judge

Case No.  Our case # 08-68 M / Your case #07-M-1054

Case Title:  USA v. Jose Roman, Jr.

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  NFPV (not for public view) document #8- Financial Affidavit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  M. WARREN
Deputy Clerk 213-894-8288

cc:  *U.S. Attorney (Central District of California)*
     *U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

By _____

Date                                   Deputy Clerk

CR-48 (01/01)             LETTER RE:  RULE 40 - TRANSFER OUT