IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                               07-M-1054

JOSE ROMAN, JR.,

        Defendant.

## AMENDED STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Revised Pre-sentence Report, dated January 18, 2008, with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $25.00 at the time of sentencing.

Restitution in the amount of $2,867.24 must be ordered by the Court.

DATED:   Buffalo, New York, February 22, 2008.

                                     Respectfully submitted,

                                     TERRANCE P. FLYNN
                                     United States Attorney
                                     WESTERN DISTRICT OF NEW YORK
                                     138 Delaware Avenue
                                     Buffalo, New York  14202
                                     (716)843-5892
                                     Jp.kennedy@usdoj.gov

                                   ***S/ JAMES P. KENNEDY, JR.***
                      BY:  _____
                                     JAMES P. KENNEDY, JR.
                                     Assistant U.S. Attorney

TO:   Kimberly Schechter, Esq.

     United States Probation Department
     Attn:   Lisa Ferraro
             U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          :

       v.                           :          07-M-1054M

JOSE ROMAN,                         :

       Defendant.                   :

## CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    1.   Kimberly A. Schechter, Esq.

    I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

    1.   Lisa B. Ferraro
         U.S. Probation Officer

                                /s/ JEAN L. BOWMAN